**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Teodoro LEON–VARGAS,
Defendant–Appellant.**

**No. 13–50253.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2014.*

Filed May 22, 2014.

Carlos Arguello, II, Esquire, Bruce R. Castetter, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kurt David Hermansen, Esquire, LAw OFC of Kurt David Hermansen, San Diego, CA, for Defendant–Appellant.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Teodoro Leon–Vargas appeals from the district court's judgment and challenges the 68–month sentence imposed following his guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Leon–Vargas contends that the district court erred by considering the amount of drugs involved in the offense when it denied his request for a minor role adjustment under U.S.S.G. § 3B1.2(b). This contention is foreclosed. *See United States v. Rodriguez–Castro,* 641 F.3d 1189, 1192–93 (9th Cir.2011) (relying in part on the quantity of drugs involved to affirm denial of minor role adjustment); *see also Newdow v. Lefevre,* 598 F.3d 638, 644 (9th Cir.2010) (a three judge panel is bound by circuit precedent unless it is "clearly irreconcilable" with intervening higher authority).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.